JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MAGNANDONOVAN, an Individual,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>            Defendant. | Case No. 5:21-cv-00863-SB-ADS<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting in Part U.S. Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety without prejudice.

Dated:  July 10, 2023

*[signature]*

Stanley Blumenfeld, Jr.
United States District Judge